UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

VS. : CR. No. 1:05-cr-018S

PETER KARON :

**MOTION TO ENLARGE THE TIME FOR FILING OBJECTIONS TO THE PRE-SENTENCE REPORT**

Now comes the defendant Peter Karon and moves this Honorable Court to Order the enlargement of time for the filing of objections to the pre-sentence report. As grounds the defendant states that counsel is court excused the week of June 20 through June 27, 2005. For this reason the defendant is seeking an enlargement of time from June 28, 2005 to July 5, 2005.

PETER KARON
By his Attorney,

Edward C. Roy
Assistant Federal Public Defender
OFFICE OF THE FEDERAL PUBLIC DEFENDER
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528-4281

GRANTED
William E. Smith
U.S. District Judge
6/23/05

CERTIFICATION

I hereby certify that on this 17th day of June, 2005, I hand-delivered a true copy of the within motion to Adi Goldstein, AUSA, Office of the United States Attorney, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903, Dennis Jenkins, U.S. Probation Officer, OFFICE OF THE PROBATION OFFICER, Two Exchange Terrace, Providence, RI 02903.