UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
JUL 01 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

VS. : CR. No. 1:05-cr-018S

PETER KARON :

**MOTION TO CONTINUE SENTENCING**

Now comes the defendant Peter Karon and moves this Honorable Court to continue the sentencing in this matter currently scheduled for July 22, 2005 on the grounds that defense counsel is having the defendant evaluated by a psychiatrist. Said evaluation will not be completed until at least July 27, 2005. The defendant would ask this Court to continue the matter for sentencing for some time in either late August or early September in order to give the Office of the United States Attorney proper opportunity to review the report of the psychiatrist, Dr. Martin Kafka, who has been retained by the defendant.

PETER KARON
By his Attorney,

Edward C. Roy
Assistant Federal Public Defender
OFFICE OF THE FEDERAL PUBLIC DEFENDER
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528-4281

CERTIFICATION

I hereby certify that on this 1st day of ~~June~~ July, 2005, I hand-delivered a true copy of the within motion to Adi Goldstein, AUSA, Office of the United States Attorney, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903, Dennis Jenkins, U.S. Probation Officer, OFFICE OF THE PROBATION OFFICER, Two Exchange Terrace, Providence, RI 02903.