UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

VS. : CR. No. 1:05-cr-018S

PETER KARON :

**MOTION TO CONTINUE SENTENCING**

Now comes the defendant Peter Karon and moves this Honorable Court to continue the sentencing in this matter currently scheduled for September 1, 2005 on the grounds that as of the date of this filing, defense counsel has yet to receive Dr. Martin Kafka's psychiatric report. Dr. Kafka has been away on vacation and unreachable with an expected date of return of August 29, 2005. In order for defense counsel, as well as the Government, to properly review the report, the defendant is requesting that the sentencing in this matter be continued for an additional two weeks.

PETER KARON
By his Attorney,

Edward C. Roy
Assistant Federal Public Defender
OFFICE OF THE FEDERAL PUBLIC DEFENDER
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528-4281

CERTIFICATION

I hereby certify that on this 23rd day of August, 2005, I hand-delivered a true copy of the within motion to Adi Goldstein, AUSA, Office of the United States Attorney, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903, Dennis Jenkins, U.S. Probation Officer, OFFICE OF THE PROBATION OFFICER, Two Exchange Terrace, Providence, RI 02903.