UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | CR No. 05-018 S |
| PETER KARON | : | |

## MOTION TO SEAL

The defendant hereby moves to seal the attached Sentencing Memorandum and the attachements on the ground that confidential medical information is discussed therein.

PETER KARON,
BY HIS ATTORNEY,

EDWARD C. ROY, ESQUIRE
ASSISTANT FEDERAL DEFENDER
10 Weybosset Street, Suite 300
Providence, RI 02903
( 401) 528-4281

## CERTIFICATION

I hereby certify that I hand-delivered a copy of the within to Adi Goldstein, AUSA and to Kathy Conlon, USPO on the 1st day of September, 2005.