IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR. NO. 05-018S |
| | ) | |
| PETER KARON | ) | |

MOTION TO SEAL

The government moves to seal the attached Memorandum in Aid of Sentencing on the grounds that confidential medical information is discussed therein.

Respectfully Submitted,

THE UNITED STATES OF AMERICA

By its attorney,

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY,

ADI GOLDSTEIN
Assistant U.S. Attorney

CERTIFICATION OF SERVICE

I hereby certify that on this 16th day of September, 2005, I served by first class mail, postage prepaid, a copy of the within Motion to Seal, along with the Memorandum in Aid of Sentencing, to the following:

Hand-delivered to:
Edward C. Roy, Esquire
Federal Defender's Office
10 Weybosset Street, Suite 300
Providence, RI 02903

Mailed to:
United States Probation Office
Two Exchange Terrace, 2nd FL
Providence, RI 02903