**UNITED STATES DISTRICT COURT**

**DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER: CR05-18S** **September 19, 2005**

**TITLE: USA V. PETER KARON**

**DISTRICT JUDGE: WILLIAM E. SMITH**

**COURTROOM CLERK: DOREEN L. BALDINELLI**

**COURT REPORTER: ANNE CLAYTON**

**IN COURT: 9:49 a.m. - 10:37 a.m**

---

**COUNSEL PRESENT:** **Government - Adi Goldstein, AUSA**
**Defendant - Edward C. Roy, Esquire**
**Probation - Kathy Conlon**

**RE: Sentencing**

**Proceedings: All counsel of record present; Defendant present; Court accepts the PSR; Government recommends the low-end of the guideline range (46 months); Defense counsel asked the Court to impose a sentence below the guideline range; Parties to submit information to the Court within one (1) week regarding the defendant; Defendant addresses his statements to the Court; Court will continue the matter to a later date once information is received. Defendant to remain on bail status until sentencing.**