UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

vs. : CR No. 05-018 S

PETER KARON :

DEFENDANT'S MOTION TO EXTEND TIIME FOR REPORTING

The defendant, through counsel, hereby moves to extend the time for the defendant to report to the Bureau of Prisons from February 6, 2006 to through and including February 13, 2006. The reason for this motion is that the Bureau of Prisons has not yet designated the defendant. If the defendant reports without a designation, he cannot be housed at the Donald W. Wyatt Detention Center as that facility is full. The alternative facility would be the Adult Correctional Institution, however, due to the nature of the defendant's conviction, he would have to be housed in segregation until designation.

Defense counsel has been advised that the defendant has been reporting to Probation as instructed. AUSA Adi Goldstein advised defense counsel that she does not object to this motion.

PETER KARON,
BY HIS ATTORNEY,

EDWARD C. ROY, ESQUIRE
ASSISTANT FEDERAL DEFENDER
10 Weybosset Street, Suite 300
Providence, RI 02903
( 401) 528-4281

CERTIFICATION

I hereby certify that I hand-delivered a copy of the within to Adi Goldstein, AUSA and to Barry Weiner, USPO on the 6th day of February, 2006.

______________________________